IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marco Aurelio Garcia Carbajal,<br>Petitioner,<br>v.<br>Unknown Party, et al.,<br>Respondents. | No. CV-25-04611-PHX-MTL (CDB)<br>**ORDER** |

Petitioner Marco Carbajal filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1).[1]  The Court will require an expedited answer to the Petition.

Petitioner is a native and citizen of Guatemala who entered the United States in April 2024 without inspection. (Doc. 1 ¶¶ 1-2.) On February 25, 2025, Petitioner applied for asylum and withholding of removal under the Convention against Torture; his request was granted on September 8, 2025. (*Id.* ¶¶ 3-4.) On September 15, 2025, Petitioner received a Notice of Removal to Mexico but alleges Mexico "has not proven willing to accept him. No travel documents have been issued, and ICE has provided no date certain or meaningful timeline for removal." (*Id.* ¶¶ 5-6.) Petitioner alleges he was detained on January 27, 2025 and, at this juncture, there is no significant likelihood of removal in the reasonably foreseeable future and, as a result, his detention is unreasonably prolonged under *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*Id.* ¶¶ 7-8; ¶¶ 34-42.)  In addition,

---

[1] Petitioner names the Florence Service Processing Center Warden; Immigrations and Customs Enforcement Phoenix Acting Field Office Director John Cantu and Acting Director Todd Lyons; Department of Homeland Security Secretary Kristi Noem; and United States Attorney General Pam Bondi as Respondents.

Petitioner asserts he is being denied judicial review of his negative credible fear determination to Mexico in violation of his due process rights surrounding third country removal. (*Id.* ¶¶ 43-48.) Finally, Petitioner claims he has been denied meaningful custody reviews in violation of 8 C.F.R. § 241.4 and § 241.13. (*Id.* ¶¶ 49-51.)

The Court will require Respondents to answer the Petition on an expedited basis.

**IT IS ORDERED:**

(1) Counsel for Petitioner must immediately serve the Petition upon Respondents.

(2) If not already issued, the Clerk's Office must issue any properly completed summonses.

(3) The Clerk of Court must immediately transmit by email a copy of this Order and a copy of the Petition to the United States Attorney for the District of Arizona, to the attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov; and Theo Nickerson at theo.nickerson2@usdoj.gov.

(4) Respondents must respond the Petition no later than **December 29, 2025**. Petitioner may file a reply no later than **January 5, 2026**.

Dated this 15th day of December, 2025.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge